1  SALVATORE SCIANDRA, Bar No. 58256
   Law Offices of Salvatore Sciandra
2  2300 Tulare Street, Suite 230
   Fresno, CA  93721
3  Telephone:  559.233.1000
   Facsimile:  559.233.6044
4

5  Attorney for Defendant, ANTONIO BAROCIO-VALENCIA

6

7

8              UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

9                                    FRESNO DIVISION

10

| 11 | UNITED STATES OF AMERICA, | ) | CASE NUMBER: 1:13-CR-00312 |
|---|---|---|---|
| 12 | Plaintiff, | ) | |
| 13 | v. | ) | STIPULATION AND ORDER FOR |
| 14 | ANTONIO BAROCIO-VALENCIA, | ) | RELEASE OF PASSPORT |
| 15 | | ) | |
| 16 | Defendant. | ) | |

17         **IT IS HEREBY STIPULATED**, by and between the defendant ANTONIO BAROCIO-

18  VALENCIA by and through his attorney Salvatore Sciandra and the government by and through its

19  attorney Laurel J. Montoya, that this Court order that BAROCIO-VALENCIA's United States passport

20  filed with the Clerk of this Court on August 5, 2013 be released to Leticia Barocio forthwith.  The

21  justification for this stipulation is that defendant ANTONIO BAROCIO-VALENCIA will be taking

22  his United States citizens examination on August 14, 2013 and he is required to present his passport

23  at the time of the examination.  Laticia Barocio shall at all times maintain possession of ANTONIO

24  BAROCIO-VALENCIA's passport and no later than August 15, 2013, send ANTONIO BAROCIO-

25  VALENCIA's passport by United States mail to Salvatore Sciandra, counsel for ANTONIO

26  BAROCIO-VALENCIA.  Mr. Sciandra will then file ANTONIO BAROCIO-VALENCIA's passport

27  with the Clerk of this Court within 24 hours after it is received by him.

28  / / /

1   DATED: August 9, 2013              /s/ Salvatore Sciandra
                                             SALVATORE SCIANDRA

2                                              Attorney for Defendant,
                                             ANTONIO BAROCIO-VALENCIA

3

4   DATED: August 9, 2013              /s/ Laurel J. Montoya
                                             LAUREL J. MONTOYA

5                                                Assistant U.S. Attorney

6                                              This was agreed to in court today.

7

8                                   **ORDER**

9       **GOOD CAUSE APPEARING**, and it having been stipulated to by and between the defendant

10 ANTONIO BAROCIO-VALENCIA by and through his attorney Salvatore Sciandra and the

11 government by and through its attorney AUSA Laurel J. Montoya, this Court orders that the Clerk of

12 the Court for the Eastern District of California, Fresno Division release forthwith to Leticia Barocio

13 defendant ANTONIO BAROCIO-VALENCIA's United States passport filed with the Clerk of this

14 Court on August 5, 2013. **IT IS FURTHER ORDERED THAT:** Laticia Barocio shall at all times

15 maintain possession of ANTONIO BAROCIO-VALENCIA's passport and no later than August 15,

16 2013 send ANTONIO BAROCIO-VALENCIA's passport by United States mail to Salvatore Sciandra,

17 counsel for ANTONIO BAROCIO-VALENCIA. Mr. Sciandra is ordered to then file ANTONIO

18 BAROCIO-VALENCIA's passport with the Clerk of this Court within 24 hours after it is received by

19 him.

20

21 IT IS SO ORDERED.

22 **Dated:   August 9, 2013**                 **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28