SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, CA 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, ANTONIO BAROCIO-VALENCIA

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NUMBER: 1:13-CR-00312 |
| Plaintiff, | |
| v. | AMENDED STIPULATION AND ORDER FOR RELEASE OF PASSPORT |
| ANTONIO BAROCIO-VALENCIA, | |
| Defendant. | |

**IT IS HEREBY STIPULATED**, by and between the defendant ANTONIO BAROCIO-VALENCIA by and through his attorney Salvatore Sciandra and the government by and through its attorney Laurel J. Montoya, that this Court order that BAROCIO-VALENCIA's Mexican Passport #E10074359 filed with the Clerk of this Court on August 5, 2013 be released to Leticia Barocio forthwith. The justification for this stipulation is that defendant ANTONIO BAROCIO-VALENCIA will be taking his United States citizens examination on August 14, 2013 and he is required to present his passport at the time of the examination. Laticia Barocio shall at all times maintain possession of ANTONIO BAROCIO-VALENCIA's passport and no later than August 15, 2013, send ANTONIO BAROCIO-VALENCIA's passport by United States mail to Salvatore Sciandra, counsel for ANTONIO BAROCIO-VALENCIA. Mr. Sciandra will then file ANTONIO BAROCIO-VALENCIA's passport with the Clerk of this Court within 24 hours after it is received by him.

///

1 DATED: August 9, 2013 /s/ Salvatore Sciandra
SALVATORE SCIANDRA
2 Attorney for Defendant,
ANTONIO BAROCIO-VALENCIA
3

4 DATED: August 9, 2013 /s/ Laurel J. Montoya
LAUREL J. MONTOYA
5 Assistant U.S. Attorney

6 This was agreed to in court today.

7

8 **ORDER**

9     **GOOD CAUSE APPEARING**, and it having been stipulated to by and between the defendant
10 ANTONIO BAROCIO-VALENCIA by and through his attorney Salvatore Sciandra and the
11 government by and through its attorney AUSA Laurel J. Montoya, this Court orders that the Clerk of
12 the Court for the Eastern District of California, Fresno Division release forthwith to Leticia Barocio
13 defendant ANTONIO BAROCIO-VALENCIA's Mexican Passport #E10074359 filed with the Clerk
14 of this Court on August 5, 2013.

15     **IT IS FURTHER ORDERED THAT:** Laticia Barocio shall at all times maintain possession
16 of ANTONIO BAROCIO-VALENCIA's passport and no later than August 15, 2013 send ANTONIO
17 BAROCIO-VALENCIA's passport by United States mail to Salvatore Sciandra, counsel for
18 ANTONIO BAROCIO-VALENCIA. Mr. Sciandra is ordered to then file ANTONIO BAROCIO-
19 VALENCIA's passport with the Clerk of this Court within 24 hours after it is received by him.

20

21

22 IT IS SO ORDERED.

23 **Dated:   August 9, 2013**         /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28